UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
GLOBAL MARINE SERVICES LTD.,           :

                Plaintiff,           :

       -v-                                :

REYSAS PANAMA SHIPPING & TRADING       :
CO., REYMAR DENIZCILIK SANAYI VE
TICARET LTD. STI., REYSAS MALTA        :
SHIPPING & TRADING CO., REYSAS         :
DENIZCILIK VE TICARET LTD. STI., ELMAS :
IHTIYAC MAD. SAN. VE TIC. STI., and
REYSAS TASIMACILIK VE LOJISTIK A.S.,   :

                Defendants.           :
------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __JUN 1 7 2009__

<u>ORDER</u>
09 CV 05439 (GBD)

GEORGE B. DANIELS, District Judge:

      Plaintiff's request for issuance of Process of Maritime Attachment and Garnishment of the property of the defendants, based upon alter ego liability, is denied.

Dated: New York, New York
       June 15, 2009

                                          SO ORDERED:

                                          *George B Daniels*
                                          GEORGE B. DANIELS
                                          United States District Judge